# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK N. BOCH, | Case No. 1:13-cv-01957-LJO-JLT (PC) |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1) |
| Defendants. | |

On December 2, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Erick N. Boch. Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself. *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED. The Clerk's Office shall serve a copy of this order on the named Plaintiff, Erick N. Boch #A205-308-393, and on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated: **December 3, 2013**       **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE